IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| MICHELLE A. KINSEY,<br><br>                              Plaintiff,<br><br>    v.<br><br>DAN BUCKS and STATE OF<br>MONTANA DEPARTMENT OF<br>REVENUE and JOHN DOES 1-5,<br><br>                              Defendants. | Case No. 6:11-cv-00015-CCL<br><br><br>**ORDER** |

The parties having settled all claims, requested dismissal of this matter, and shown good cause,

IT IS HEREBY ORDERED that the Court approves the settlement as required by Mont. Code Ann. § 2-9-303(1), and the above-captioned cause is DISMISSED with prejudice, each party to bear her, his, or its own costs.

DATED this 9th  day of October, 2012.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE